UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED
*October 05, 2022*
Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | § | CASE NO. 4:22-cr-483 |
| | § | |
| vs. | § | |
| | § | |
| HARLEY D. WILKES, | § | JUDGE |
| JERMAIRE COLWELL, and | § | |
| JOSE MIGUEL RIVERA-DIAZ, | § | |
| Defendants. | § | |

**<u>INDICTMENT</u>**

THE GRAND JURY CHARGES THAT:

<u>COUNT ONE</u>

<u>Conspiracy to Possess with Intent to Distribute Cocaine,
Title 21, United States Code, §846</u>

Beginning on or about October, 2020, and continuing to on or about April 29, 2021, in the Southern District of Texas, and elsewhere,

HARLEY D. WILKES,
JERMAIRE COLWELL, and
JOSE MIGUEL RIVERA-DIAZ,

the defendants herein, knowingly and intentionally combined, confederated, conspired, and agreed together and with each other, and with other persons known and unknown to the Grand

Jury, to commit the offense of Aiding and Abetting Possession with Intent to Distribute a Controlled Substance, to wit: Cocaine, a Schedule II controlled substance in an amount equal to or exceeding five (5) kilograms.

    In violation of Title 21, United States Code, §§ 846 and 841(b)(1)(A)(ii)(II).

COUNT TWO

<u>Aiding and Abetting Possession with Intent to Distribute Cocaine, Title 21, United States Code, §§841(a)(1) and (b)(1)(A)(ii)(II) and Title 18, United States Code, §2</u>

On or about April 29, 2021, in the Southern District of Texas, and elsewhere,

HARLEY D. WILKES,
and
JOSE MIGUEL RIVERA-DIAZ,

defendants herein, aiding and abetting each other as well as others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute a controlled substance, to wit: Cocaine, a Schedule II controlled substance, in an amount equal to or exceeding five hundred (500) grams.

In violation of Title 21, United States Code, §§ 841(a)(1), 841(b)(1)(B)(ii)(II) and Title 18, United States Code, §2.

A TRUE BILL:

**Original Signature on File**
FOREMAN OF THE GRAND JURY

JENNIFER B. LOWERY
United States Attorney

BY: *Richard D. Hanes*
RICHARD D. HANES
Assistant United States Attorney